**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**JUAN MIGUEL HOLLIS,**
    **Plaintiff,**

vs.                                                       **Case No. 3:08cv147-RV/WCS**

**J.D. HOLLOWAY, G. BEAVER,**
    **Defendants.**
_____

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 17, 2008 (doc. 17).  The parties have been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a de novo determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.   Plaintiff's second amended complaint, doc. 12, is hereby **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2), and the Clerk of Court shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    **DONE AND ORDERED** this 21st day of November, 2008.

                                                          /s/ *Roger Vinson*
                                                           **ROGER VINSON
                                                           Senior U.S. District Judge**